**James HELENTHAL, Appellant,**

v.

**Charles E. POLK, Jr.; Lathrop & Gage, LC, Appellees.**

**No. 10–1583.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 21, 2010.

Filed: Dec. 16, 2010.

James Everett Hullverson, Jr., Hullverson & Hullverson, St. Louis, MO, for Appellant.

Paul E. Kovacs, Jay Arthur Summerville, Armstrong & Teasdale, St. Louis, MO, for Appellee.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

In this diversity matter, James Helenthal appeals following the district court's[1] dismissal of his final claim. We find no basis, and Helenthal has provided none, for reversing the dismissal of Count 1 as time-barred, *see Dubinsky v. Mermart, LLC,* 595 F.3d 812, 815 (8th Cir.2010) (de novo review of dismissal for failure to state claim); *Sloan v. Motorists Mut. Ins. Co.,* 368 F.3d 853, 854 (8th Cir.2004) (reviewing de novo district court's application of state law in diversity case); or for reversing the dismissal of Count 4 for lack of subject matter jurisdiction, *see Riehm v. Engelking,* 538 F.3d 952, 964 (8th Cir.2008) (standard of review). Helenthal has waived his remaining claims against appellees. *See Pritchett v. Cottrell, Inc.,* 512 F.3d 1057, 1059 n. 2 (8th Cir.2008). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also grant Lathrop & Gage, LC's motion for sanctions of attorneys' fees and double costs under Federal Rule of Appellate Procedure 38 for the reasons stated in the motion.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.